```
 1 | ADAM PAUL LAXALT
   |   Attorney General
 2 | GERRI LYNN HARDCASTLE, Bar No. 13142
   |   Deputy Attorney General
 3 | State of Nevada
   | Bureau of Litigation
 4 | Public Safety Division
   | 100 N. Carson Street
 5 | Carson City, NV 89701-4717
   | Tel: (775) 684-1134
 6 | E-mail: ghardcastle@ag.nv.gov
 7 | Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| RANDY A. EVANS, | |
|---|---|
| Plaintiff, | Case No. 3:17-cv-00491-MMD-CBC |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| D. BAZE, et al., | |
| Defendants. | |

Plaintiff, Randy A. Evans, appearing *pro se*, and Defendant, Correctional Officer Sanchez, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

1      This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this **3rd** day of December, 2018.       DATED this **10TH** day of December, 2018.

                                                      ADAM PAUL LAXALT
                                                     Attorney General

By: _Randy A. Evans_               By: _[signature]_
      RANDY A. EVANS                           GERRI LYNN HARDCASTLE
      *Plaintiff, Pro Se*                               Deputy Attorney General
                                                       Bureau of Litigation
                                                     Public Safety Division
                                                     *Attorneys for Defendant*

                                        **IT IS SO ORDERED.**

                                        _[signature]_
                                        **U.S. DISTRICT JUDGE**

                                        **DATED:** December 11, 2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of December, 2018, I deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the following:

RANDY A. EVANS #1033689
WARM SPRINGS CORRECTIONAL CENTER
P.O BOX 7007
CARSON CITY, NV 89702

/s/ *signature*
An employee of the
Office of the Attorney General

3